JEROME FISHER et al., Individually and as Members of Local 1115-C, Amusement Transient Clerks and Concessionaires Employees Union, Retail Clerks International Association, A. F. of L., on Behalf of Themselves and All Other Members of Said Local Union, Similarly Situated, Appellants, v. GEORGE KEMPTER, Individually and as President of Local Union 1115-C, Amusement Transient Clerks and Concessionaires Employees Union, Retail Clerks International Association, A. F. of L., et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

APPAREL FACTORING CORPORATION, Respondent v. SALVADOR NELSON, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

LEO AGRESS et al., Copartners Doing Business under the Name of AGRESS NUT & SEED Co., Appellants, v. OMER C. TURKMENILLI, Respondent.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [Order granted motion for stay of arbitration.]

JOSEPH A. ZALOOM et al., Copartners Doing Business under the Name of JOSEPH A. ZALOOM & COMPANY, Appellants, v. OMER C. TURKMENILLI, Respondent.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [Order granted motion for stay of arbitration.]

BERRY GOLDSTEIN, Appellant, v. WILLIAM T. FLAHERTY, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

HARTOWN REALTY CORPORATION, Respondent, v. MICHAEL FLYNN MFG. CO., Appellant.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.